**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632

Telephone: (559) 233-4800

Howard A. Sagaser #072492

Attorneys for:   Plaintiff Terry Don Bezzant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| Terry Don Bezzant<br><br>        Plaintiff,<br><br>   v.<br><br>Platinum Equity, a business entity unknown, Slingshot Acquisition Corporation, a Delaware Corporation, Geologic Solutions, Inc., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1: 05 CV 0881 AWI DLB<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT** |

It is hereby stipulated by and between Linda S. Goldman, Esq., Munger, Tolles & Olson, LLP, attorneys for Defendant Platinum Equity and Geologic Solutions, Inc. ("Defendants") and Howard A. Sagaser of Sagaser, Jones & Hahesy, Attorneys for Plaintiff Terry Bezzant, that Plaintiff Terry Bezzant may file the first amended complaint attached hereto as Exhibit "A". By stipulating to the filing of the first amended complaint, Defendants are not agreeing with any of the allegations set forth in the first amended complaint and are reserving all rights to respond to the first amended complaint in any manner allowed under the Federal Rules of Civil Procedure.

The Parties agree that Defendants' Answer to the original Complaint filed in State Court on July 6, 2005, with a copy provided to this Court as Exhibit M to the Notice of

Removal filed with this Court of July 7, 2005, will be deemed an Answer to the Amended Complaint, and defendants need not file a new Answer to the Amended Complaint.

DATED: November 21, 2005.

                              MUNGER, TOLLES & OLSON, LLP

                              By:  /s/ Linda S. Goldman
                                   Linda S. Goldman, Attorneys for
                                   Defendants Platinum Equity and Geologic
                                   Solutions, Inc.

DATED: November 17, 2005.

                              SAGASER, JONES & HAHESY

                              By:  /s/ Howard A. Sagaser
                                   Howard A. Sagaser, Attorneys for Plaintiff
                                   Terry Bezzant

## **ORDER**

Upon reading the stipulation of the parties, it is hereby ordered that Terry Bezzant may file the first amended complaint as set forth in attached Exhibit "A." Defendants' Answer to the original Complaint attached as Exhibit M to the Notice of Removal, will be deemed as the response to the First Amended Complaint, and defendants need not file a new Answer to the Amended Complaint.

DATED: November 29, 2005.

                                    /s/ Dennis L. Beck
                              Honorable Dennis L. Beck, U.S. Magistrate Judge
                              United States District Court, Eastern District of
                              California