1  **SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
Fresno, California  93717-1632
3  Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330
4
Howard A. Sagaser #072492
5  Melody A. Hawkins #226522

6
Attorneys for:     Defendant/Counter-Claimant Sean Gahan
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| Terry Don Bezzant | Case No. 05CV0881 AWI DLB |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| Platinum Equity, a business entity unknown, Slingshot Acquisition Corporation, a Delaware Corporation, Geologic Solutions, Inc., a Delaware Corporation; and Does 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS, the parties have agreed upon a settlement amount, and fulfilled all requirements in the Settlement Agreement, it is hereby stipulated by and between Linda S. Goldman, Esq., Munger, Tolles & Olson, LLP, attorneys for Defendant Platinum Equity and Geologic Solutions, Inc. ("Defendants") and Howard A. Sagaser of Sagaser, Jones & Hahesy, Attorneys for Plaintiff Terry Bezzant, that the above-referenced case be dismissed in its entirety with prejudice.

///
///
///
///

IT IS SO STIPULATED.

DATED: December 12, 2005.

                MUNGER, TOLLES & OLSON, LLP

                By: _____/s/ Linda S. Goldman_____

                Linda S. Goldman, Attorneys for Defendants Platinum Equity and Geologic Solutions, Inc.

DATED: December 13, 2005.

                SAGASER, JONES & HAHESY

                By: _____/s/ Howard A. Sagaser_____
                Howard A. Sagaser, Attorneys for Plaintiff Terry Bezzant

### **ORDER**

Upon reading the stipulation of the parties, it is hereby ordered that the above-referenced case be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

**Dated:   December 16, 2005**         /s/ Anthony W. Ishii

0m8i78         UNITED STATES DISTRICT JUDGE